NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE: PRICEPLAY, INC.

---

### 2013-1102

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 90/009,444.

---

## JUDGMENT

---

SCOTT M. DANIELS, Westerman, Hattori, Daniels & Adrian, LLP, of Washington, DC, argued for Appellant. With him on the brief was DARRIN A. AUITO.

WILLIAM LAMARCA, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were NATHAN K. KELLEY, Deputy Solicitor and STACY B. MARGOLIES, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, MAYER, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


October 10, 2013          /s/  Daniel E. O'Toole
Date                          Daniel E. O'Toole
                              Clerk